# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSTAFA ABUOMAR, | : | No.: 4:14-CV-01036 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of July 2017, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 24, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the Defendants and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge